205 F.2d 151
 UNITED STATES of America, Appellant,
v.
O. W. DICKERSON et al.
 No. 14609.
 United States Court of Appeals Eighth Circuit.
 May 12, 1953.
 
 Appeal from the United States District Court for the Eastern District of Missouri.
 Ellis N. Slack, Sp. Asst. to Atty. Gen., Harry Marselli, Sp. Asst. to Atty. Gen., William W. Crowdus, U. S. Atty., and W. Francis Murrell, Asst. U. S. Atty., St. Louis, Mo., for appellant.
 Jay White, W. D. Jones, Rolla, Mo., Leo Lyng, Benjamin Roth, St. Louis, Mo., J. T. Dickerson, Forrest Powell, Edmond, Okl., and Fred C. King, Rolla, Mo., for appellees.
 PER CURIAM.
 
 
 1
 Appeal from District Court, 101 F.Supp. 262, dismissed, on motion of appellant.